■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON PAGAN, Appellant. [700 NYS2d 780] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Attempted Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ. (Filed Dec. 10, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN REDAR, Appellant. [700 NYS2d 877] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ. (Filed Dec. 10, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAN ROCQUEMORE, Appellant. [700 NYS2d 779] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Burglary, 1st Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Pigott, Jr., JJ. (Filed Nov. 29, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONOVAN SPIVEY, Appellant. [700 NYS2d 781] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Robbery, 2d Degree.) Present—Green, J. P., Lawton, Hayes, Hurlbutt and Balio, JJ. (Filed Dec. 14, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IDELL WILKERSON, Appellant. [700 NYS2d 780] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ. (Filed Dec. 10, 1999.)